AO 91 (Rev. 08/09)  Criminal Complaint

**United States District Court**
~~Southern District Of Texas~~
**FILED**

MAR 2 8 2020

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  M-20-824-M |
| Juan Carlos POLANCO | ) | |
| (1995/U.S. Citizen) | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 27, 2020_____ in the county of _____Hidalgo_____ in the

_____Southern_____ District of _____Texas_____ , the defendant(s) violated:

| _Code Section_ | _Offense Description_ |
|---|---|
| 18 U.S.C. 554 | Did attempt to export or send from the United States, any merchandise, article, or object, to wit: One SKS Assault Rifle, 3 magazines, and 80 rounds of ammunition, contrary to any law or regulation of the United States, or receives, conceals, buys, sells, or in any manner facilitates the transportation, or sale of such merchandise, article or object, prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the United States |

This criminal complaint is based on these facts:

See Attachment "A"

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. P. 4.1, and probable cause found on:

✓ Continued on the attached sheet.

_____/s/ Jesus Palomo_____
_Complainant's signature_

_Jesus Palomo, SA Homeland Security Investigations_
_Printed name and title_

Approved by AUSA Frances Blake.

Date: _3/28/2020 @ 10:22 am_

_Judge's signature_

City and state: _____McAllen, Texas_____

J. Scott Hacker, US Magistrate Judge
_Printed name and title_

Attachment A

The facts related in this attachment do not reflect the totality of information known to me or other agents/officers, merely the amount needed to establish probable cause. I do not rely upon facts not set forth herein in reaching my conclusion that a complaint should be issued, nor do I request that this Court rely upon any facts not set forth herein in reviewing this attachment in support of the complaint.

1. On March 27, 2020, Homeland Security Investigations in McAllen, Texas, (HSI McAllen) received a request for investigative assistance from the U.S. Customs and Border Protection (CBP) Office of Field Operations (OFO) at the Anzaldua Port of Entry (POE) in Mission, Texas. CBP Officers (CBPOs) detained Juan Carlos POLANCO (hereinafter referred to as POLANCO), a citizen of the United States, driving a White 1999 GMC Savana G van displaying Alabama plates JCT-280 pulling a white trailer displaying Mexican Tamaulipas Plates 4WJ-276A, while attempting to depart the United States into Mexico.

2. During primary outbound inspection, CBP Officers (CBPOs) obtained a negative oral declaration for firearms, ammunition and currency over $10,000.00 from POLANCO. CBPOs referred POLANCO and the vehicle to secondary inspection for an intensive examination.

3. During secondary inspection, merchandise in the trailer was X-rayed, revealing anomalies in a box located inside of the trailer.

4. A physical search of the vehicle was conducted, and (1) SKS assault rifle, (3) magazines, and (4) boxes of 7.62X39 ammunition were discovered concealed inside of a box with a canopy.

5. Homeland Security Investigations (HSI), Special Agents (SA) responded to the Anzaldua POE to assist in the investigation. HSI SA interviewed POLANCO who stated he was hired by an individual in the United States and paid $100.00 USD to transport the trailer from the United States into Mexico. POLANCO stated he knew it was illegal to transport firearms into Mexico and had observed the sign at the POE warning that it was unlawful to transport firearms into Mexico. POLANCO admitted that he had transported several vehicles with merchandise from the United States into Mexico for the same individual.